**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SUSAN JENSEN,

              Petitioner

      v.

WORKERS' COMPENSATION APPEAL
BOARD (PLEASANT VALLEY MANOR
AND PMA MANAGEMENT
CORPORATION),

           Respondents

: No. 860 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.